

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

Theresa Hall, Appellant

No. 06-21-00059-CV　　v.

Houstonian Investment Group, LLC,
Appellee

Appeal from the 269th District Court of Harris County, Texas (Tr. Ct. No. 2020-03094). Opinion delivered by Justice Stevens, Chief Justice Morriss and Justice Burgess participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

We further order that the appellant, Theresa Hall, pay all costs incurred by reason of this appeal.

RENDERED OCTOBER 29, 2021
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk